UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>RHODE ISLAND BEEF AND VEAL, INC. | )<br>)<br>)  No. 1:20-CR-00093-MSM-PAS-1<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING**

Defendant Rhode Island Beef and Veal, Incorporated, by and through undersigned counsel, hereby moves this Honorable Court to enter an order continuing the sentencing hearing in this matter scheduled for September 7, 2023 to a date during the week of October 10, 2023 or October 16, 2023. As the basis for this motion, undersigned counsel avers that the company has a PSR interview scheduled with United States Probation on August 11, 2023, and the company needs additional time to work with Probation to complete the pre-sentence process. Undersigned counsel has conferred with Assistant United States Attorney Zechariah Chafee and he ASSENTS to this motion.

                              Respectfully submitted,

                              RHODE ISLAND BEEF AND VEAL, INC.

                              By Its Attorney,

                              /s/ Gary G. Pelletier
                              Gary G. Pelletier (RI Bar #5723)
                              PELLETIER CLARKE & CALEY, LLC
                              35 Touro Street
                              Newport, RI 02840
                              Tel. (401) 849-4400
                              Fax (401) 619-3451
                              Cell (617) 650-6719
                              gpelletier@pcclaw.net

Dated: August 1, 2023

## CERTIFICATE OF SERVICE

    I, Gary G. Pelletier, hereby certify that on August 1, 2023, I served a true copy of the within motion upon Assistant United States Attorneys Zechariah Chafee and Dulce Donovan, and all other registered parties via ECF.

/s/ Gary G. Pelletier